# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| DCX-CHOL Enterprises, Inc. | )   ASBCA No. 60655 |
| | ) |
| Under Contract No. SPE4A6-15-D-0007 | ) |

APPEARANCE FOR THE APPELLANT:     James S. DelSordo, Esq.
                                                     Argus Legal, PLLC
                                                    Manassas, VA

APPEARANCES FOR THE GOVERNMENT:     Daniel K. Poling, Esq.
                                                     DLA Chief Trial Attorney
                                                    Edward R. Murray, Esq.
                                                    Elan D. Taylor, Esq.
                                                    Trial Attorneys
                                                    DLA Aviation
                                                    Richmond, VA

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 29 August 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60655, Appeal of DCX-CHOL Enterprises, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals